IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENE G. ELLIS,

       Plaintiff,

v.                                                                                              CIV 15-0848 JCH/KBM

GERMAN FRANCO, et al.,

       Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on September 8, 2016 (*Doc. 61*). The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 9. The parties' objections were due on September 26, 2016. To-date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered to Plaintiff Ellis.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 61*) is ADOPTED;

2.     Plaintiff's Motions seeking the appointment of counsel (*Docs. 8, 9, 28, 34, 37, 44 & 56*) are DENIED;

3.     Plaintiff's Motions seeking to supplement the Complaint (*Docs. 34, 37 & 44*) are GRANTED;

4.     Plaintiff's Motion for the Validation of Documentation Filed by Defendant Vince Vigil (*Doc. 51*) and Plaintiff's Motion for Order Demanding Disclosure of *Martinez* Report/Supplemental Information (*Doc. 52*) are DENIED as moot; and,

5.     Plaintiff's Declarations for Entry of Default (*Docs. 54, 59 & 60*) are DENIED.

                                                  */s/*
                                   UNITED STATES DISTRICT JUDGE